| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant COX |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00752 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION RE AUTHORIZATION |
| | ) | FOR INTERNATIONAL TRAVEL |
| vs. | ) | |
| | ) | |
| WILMA COX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

The United States of America and defendant Wilma Cox, by and through their respective counsel, hereby stipulate and agree to the entry of an order authorizing Ms. Cox to travel to Manila, Philippines from March 31, 2013, and returning April 11, 2013, to accompany her elderly father home to the Philippines. The United States Probation Office has been consulted as to the proposed travel and has no objection.


Dated: March 29, 2013

                                                                         _____/s/_____
                                                                          DANIEL R. KALEBA
                                                                          Assistant United States Attorney

Stipulation Authorizing Travel                  1

1  Dated: March 29, 2013

2  _____/s/_____
   VARELL L. FULLER
   Assistant Federal Public Defender

3

4  //           **[] ORDER**

5      GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

6  Ms. Cox is permitted to travel to the Philippines, departing on March 31, 2013, and returning on

7  April 11, 2013.

8      IT IS SO ORDERED.

9  Dated: 3/29/13
   *Ronald M. Whyte*
   _____
   For THE HONORABLE D. LOWELL JENSEN
10 United States District Court Judge